1
DAVID M. LIBERMAN
Law Offices of David M. Liberman
2
9709 Venice Blvd. No. 4
Los Angeles, California 90034
3
(424) 298-8648 (Tel.)
(424) 298-8728 (FAX)
4
mightyarm@msn.com

5
ROBERT C. MOEST
Law Offices of Robert C. Moest
6
1723 Avon Way, No. 204
Los Angeles, CA 90066
7
(310) 915-2228 (Tel.)
(310) 915-9897 (FAX)
8
rmoest@aol.com

9
Attorneys for Plaintiffs

10

11
UNITED STATES DISTRICT COURT

12
CENTRAL DISTRICT OF CALIFORNIA

13
WESTERN DIVISION

14
INTERNATIONAL SOCIETY FOR KRISHNA )
CONSCIOUSNESS OF CALIFORNIA, INC., a ) No. 2:97-cv-03616-CBM
15
California nonprofit religious corporation; and )
EMIL BECA, one of its individual members, )
16
)
Plaintiffs, )
17
) **EX PARTE APPLICATION**
) **FOR TEMPORARY**
18
vs. ) **RESTRAINING ORDER**
) **AND ORDER TO SHOW**
19
CITY OF LOS ANGELES, a California ) **CAUSE**
Municipal Corporation; GINA MARIE )
20
LINDSEY, Airport Executive Director, and )
GEORGE R. CENTERO, Chief of Airport )
21
Police, ) **ORAL ARGUMENT**
) **REQUESTED**
22
)
Defendants. )
23
_____ )

24    Plaintiffs, International Society for Krishna Consciousness of California,

25 Inc. ("ISKCON CA") and Emil Beca, hereby apply for an order temporarily

26 restraining defendants, and each of them, from enforcing Los Angeles, Cal.,

27 Admin. Code § 23.27(c), (hereinafter "section 23.27") against the sale of religious

28 literature, and/or the solicitation of donations in conjunction with the distribution

**EX PARTE APPLICATION FOR TRO &OSC**
-1-

1  of religious literature, anywhere at all times and places at Los Angeles

2  International Airport (LAX), including, but not limited to, the exterior sidewalks,

3  the interior, arrivals level lobbies, the mezzanine level of the Tom Bradley

4  International Terminal (TBIT), and the north-south corridor bordered by duty free

5  shops on the west portion of TBIT..

6       This motion is made following the conference of counsel pursuant to L.R. 7-

7  3 which took place between David M. Liberman and John Werlich on September

8  28, 2010.

9       Plaintiffs also apply for an order that the defendants show cause, if any they

10  have, as to why this Court should not preliminarily enjoin enforcement of section

11  23.27 during the pendency of this action.

12       This application is submitted on the grounds that section 23.27 is an invalid

13  and unconstitutional restriction on plaintiffs' expressive activities at LAX; that

14  plaintiffs will suffer irreparable harm from its enforcement; and that enforcement

15  of ordinance should be enjoined.

16       The application is based on the Complaint for Declaratory and Injunctive

17  Relief originally filed with the Court, the current Memorandum of Points and

18  Authorities in Support of Application for Temporary Restraining Order and Order

19  to Show Cause, the current declarations of  Emil Beca and David M. Liberman, the

20  declarations of Stuart Kadetz, Zeke Berger, Jeffrey Solomon, Satya Parthasarthy,

21  Vukas Marin, Saul Marquez, Bill E. Darnell, Andrew Thomas, Stephen Elson,

22  David Forbes, and David M. Liberman, previously filed with the Court, all of the

23  exhibits previously filed with the Court, in support of this application, and such

24  other matters as may be presented to the Court at or before the time this application

25  is heard.

26       **Counsel for the defendants has informed counsel for plaintiffs that the**

27  / / /

28  / / /

**EX PARTE APPLICATION FOR TRO &OSC**

1  **last day that plaintiffs may request and receive funds in LAX is Thursday,**

2  **September 30, 2010, and there has already been an arrest.**

3  Dated: Oct. 1, 2010                    Respectfully submitted,

4                                LAW OFFICES DAVID M. LIBERMAN

5                                             and

6                                LAW OFFICES ROBERT C. MOEST

7

8

9                                  S/DAVID M. LIBERMAN
                             BY:      David M. Liberman
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EX PARTE APPLICATION FOR TRO &OSC**