# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV97-3616 CBM (VAPx) | Date | October 5, 2010 |
|---|---|---|---|
| Title | *International Society for Krishna Consciousness of California, Inc. et al., v. City of Los Angeles, et al.,* | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

The matter before this Court is Plaintiffs International Society for Krishna Consciousness of California, Inc. ("ISKCON") and Emil Beca's Ex Parte Application for Temporary Restraining Order and Order to Show Cause ("Motion"). [Docket No. 169].

Plaintiff's Application for a Temporary Restraining Order is hereby **DENIED**.  In lieu of a TRO, the Court sets an early preliminary injunction hearing on October 20, 2010, at 10:00 am.  Plaintiff may file a reply brief by October 12, 2010.

The parties are reminded that, pursuant to the Local Rules, they must file as exhibits any court documents to which they cite.  If the parties want the Court to consider any documents relied on in the briefs in support of or in opposition to the TRO, they must file them as exhibits no later than October 8, 2010.

IT IS SO ORDERED.

Initials of Preparer    JL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV97-3616 CBM (VAPx) | Date | October 5, 2010 |
|---|---|---|---|
| Title | *International Society for Krishna Consciousness of California, Inc. et al., v. City of Los Angeles, et al.,* | | |