# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV97-3616 CBM(VAPx) | Date | Oct. 15, 2010 |
| Title | International Society for Krishna Consciousness of California, et al vs City of LA, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendant |
| n/a | | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

On the Court's own motion, Motion for Preliminary Injunction is hereby advanced to Tuesday, Oct. 19, 2010 at 3:00 P.M.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |