UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL SOCIETY OF KRISHNA CONSCIOUSNESS OF CALIFORNIA, INC., a California nonprofit, religious corporation; and EMIL BECA, one of its individual members,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LOS ANGELES, a California Municipal Corporation, STEPHEN YEE, Airport Manager, and BERNARD J. WILSON, Chief of Airport Police,<br><br>Defendants. | CASE NO. CV 97-3616 CBM (JCx)<br><br>**JUDGMENT** |

Based on the pleadings filed by the parties in the above-entitled case and oral argument, the Court hereby **GRANTS** judgment in Favor of the City of Los Angeles and **DENIES** judgment to Plaintiffs. Plaintiffs are denied a permanent injunction against the enforcement of Section 23.27 of the Los Angeles

1

Administrative Code as Section 23.27(c) is constitutional under the federal constitution.

DATED:   August 7, 2012

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

2